**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARY TOOLES,

     Plaintiff,

vs.                                                 CASE NO. 6:05-CV-1757-ORL-19DAB

SAFECO INSURANCE COMPANY
OF AMERICA,

     Defendant.
_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 46, filed December 22, 2006). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 46) is **ADOPTED and AFFIRMED.** The Plaintiff's Motion for Attorney's Fees (Doc. No. 38, filed September 29, 2006) is **GRANTED.** Plaintiff shall recover her reasonable attorney's fees and costs in the amount of **$5,130** from Defendant which Defendant shall pay to Plaintiff within ten (10) days from the date of this Order. The parties shall notify the Court on or before January 18, 2007 when this payment has been made, and the Court will then dismiss this case with prejudice.

**DONE AND ORDERED** at Orlando, Florida, this ___5th___ day of January, 2007.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record